# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHARON THORPE, ) | |
| ) | |
| Plaintiff, ) | Case No.: 15-CV-483-JED-TLW |
| ) | |
| vs. ) | |
| ) | |
| STATE FARM MUTUAL AUTOMOBILE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff, Sharon Thorpe, and Defendant, State Farm Mutual Automobile Insurance Company, (the "Parties"), that the above styled cause of action, including all claims is hereby and herein dismissed with prejudice pursuant to the Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

Approved and Agreed to By:

/s/Donald E. Smolen, II
Donald E. Smolen, II, OBA #19944
**SMOLEN, SMOLEN & ROYTMAN, PLLC**
701 South Cincinnati Avenue
Tulsa, Oklahoma  74119
Telephone:  (918) 585-2667
Facsimile:  (918) 585-2669
Email: donaldsmolen@ssrok.com
**ATTORNEYS FOR PLAINTIFF**

/s/John S. Gladd*
John S. Gladd, OBA#12307
Andrew G. Wakeman, OBA#21393
**ATKINSON, HASKINS, NELLIS, BRITTINGHAM, GLADD & FIASCO**
525 South Main Street, Suite 1500
Tulsa, OK 74103
Telephone: (918) 582-8877
Facsimile: (918) 585-8096
**ATTORNEYS FOR DEFENDANT**

*Signed by filing attorney with permission.*